January 12, 2023

The Honorable Kargo K. Brodie
Untied State District Judge
Eastern District of New York
District Court House
225 Cadman Plaza East
Brooklyn NY 11201

Dear Judge Brodie:

                        Re:   United States v. Insaf Ali
                               22Cr.280 (MKB)    :

I wish to communicate my sincere apology to the court and the people of our great State and country for my profound lapse in judgement and violations in the law that have caused be to the defendant in this case.

Since I migrated to this country – the United States, I have tried to live an exemplary, productive life as a law abiding member of society, so that I be an example to my children, other family members and my community as a businessman.

I was able to establish a great business that serves our City. I participate in the development of my community and have for most of my live been giving back to our community through religious and charitable work.

I realize that because of my mistakes in this case I have disappointed my family and my community, which I regret with remorse.

Unfortunately, I failed in this instance to live up to the high expectations and standards I set for myself. But I will make amends for my life changing error.

I am however ready to atone for these mistakes and to serve my community with even greater dedication to compensate for any loss of trust in me. I intend to work hard through greater community service to regain the respect and confidence of my family and community.

I indeed exercised bad judgment. I should have known better, but I erred. Nonetheless, I will do everything in my power to make sure nothing like this ever happens again and that I live my life fully as a law abiding citizen who respects and upholds all laws and rules of society.

I, therefore, humble and most sincerely apologize to the court and plea with your Honor for mercy and leniency as you consider an appropriate sentence for my transgressions. .

Respectfully Yours,


INSAF ALI