# AFTER VISIT SUMMARY


NYC HEALTH+HOSPITALS | Jacobi | North Central Bronx

**Insaf Ali** MRN: 613866   3/23/2022 - 3/30/2022   North Central Bronx 15B ICU FLEX

## Instructions

 Your medications have changed

Review your updated medication list below.

## Your Next Steps

👍 **Do**

Pick up these medications from Fordham Road Pharmacy - Bronx, NY - 2 E Fordham Rd

 **Go**

| April 13, 2022 | Revisit 1:20 PM<br>Dr. A Adhami, MD<br>NO PRIMARY CARE<br>3424 Kossuth Avenue<br>Bronx NY 10467<br>718-519-3310<br>Arrive at: 3rd Floor - 3A |

You have more future appointments. Please review your full appointment list.

## Why you were hospitalized

Your primary diagnosis was: Not on File
Your diagnoses also included: Encounter for Postoperative Wound Care, Foot Infection

## Current Visit Procedures

**Past Procedures (3/23/2022 to 3/25/2022)**

| Date | Procedures | Providers |
|---|---|---|
| 03/24/2022 | left second toe amputation, possible multiple toes amputation/mid metatarsal amputation | Peter Kim, MD (Primary)<br>Shanie Shemla, MD<br>Preeti Singh, MD |

 **Additional information on labs**

AMB REFERRAL TO MEDICAL PRIMARY CARE (MPC) / DIABETIC
  Reason for Referral: 61M PMH T2DM, CKD3b, HTN, HLD, retinopathy with poorly controlled DM - glucose in 300s,
  Now s/p L transmetatarsal amputation. Needs stricter DM control and education.

## Additional information on labs (continued)

Ambulatory Referral to Nephrology
Reason for Referral: 61M newly dx CKD stage 3b, needs outpatient follow-up after inpatient renal consultation
Patient has verbally agreed to referral and acknowledged that this referral may result in an electronic consultation, televisit, or in person visit, and that coinsurance, copays, or other costs may apply, for which the patient will be responsible to pay:
Yes


**Hospital Course**
Referral to Home Care

## You are allergic to the following
No active allergies

Date Reviewed: 3/29/2022

## What's Next

Follow up with NO NEPHROLOGY
Reason for Referral: 61M newly dx CKD stage 3b, needs outpatient follow-up after inpatient renal consultation

3424 Kossuth Avenue
Bronx NY 10467
718-519-3310

Follow up with NO ENDOCRINOLOGY
Reason for Referral: 61M poorly controlled DM, glucose ~300s, difficult to manage inpatient, now s/p L TMA

3424 Kossuth Avenue
Bronx NY 10467
718-519-3310

Follow up with NO PRIMARY CARE
Reason for Referral: 61M PMH T2DM, CKD3b, HTN, HLD, retinopathy with poorly controlled DM - glucose in 300s,
Now s/p L transmetatarsal amputation. Needs stricter DM control and education.

3424 Kossuth Avenue
Bronx NY 10467
718-519-3310

**April 11, 2022**
Follow up with Dr. P Kim, MD
Monday Apr 11, 2022

North Central Bronx Hospital
718-519-3310

**April 13, 2022**
Revisit with Dr. A Adhami, MD
Wednesday Apr 13, 2022 1:20 PM
Ambulatory Care Services
North Central Bronx Hospital
3B and 3K
3424 Kossuth Avenue, Bronx NY

NO PRIMARY CARE
3424 Kossuth Avenue
Bronx NY 10467
718-519-3310
Arrive at: 3rd Floor - 3A

**April 18, 2022**
Revisit
Monday Apr 18, 2022 2:20 PM
Ambulatory Care Services
North Central Bronx Hospital
3D
3424 Kossuth Avenue, Bronx NY

NO NEPHROLOGY
3424 Kossuth Avenue
Bronx NY 10467
718-519-3310

**May 16, 2022**
New Patient with Dr. Z Htet, MD
Monday May 16, 2022 1:40 PM
Ambulatory Care Services
North Central Bronx Hospital
3B and 3K
3424 Kossuth Avenue, Bronx NY

NO PRIMARY CARE
3424 Kossuth Avenue
Bronx NY 10467
718-519-3310
Arrive at: 3rd Floor - 3A

## Take These Medications After You Go Home

| | Morning | Afternoon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|
| **ACE Elastic Bandage 4" Misc**<br>1 each by Does not apply route 3 times a week.. | | | | | |
| **Adhesive Tape** Tape<br>1 each by Does not apply route once a week. | | | | | |
| **Gauze Dressing 4"X4" Pads**<br>1 Box by Does not apply route once a week. | | | | | |

## Take These Medications After You Go Home (continued)



### Where to pick up your medications

Pick up these medications at Fordham Road Pharmacy - Bronx, NY - 2 E Fordham Rd

Address: 2 E Fordham Rd, Bronx NY 10468
Phone: 718-364-3333

## Social Work Discharge Summary

**Planned Disposition**
03/30 1114           Home With Services

**Program Referrals**
03/30 1114           Referral for Home PT and RN for wound care

**Durable Med Equipment**
03/30 1114           Straight Cane

**Planned Discharge Transportation Mode**
03/30 1114           other (Comment: Pt reported he parked his car nearby and is able to drive himself home.)

## COVID-19 Message

For the latest information from NYC Health + Hospitals about the outbreak of respiratory illness caused by the coronavirus known as COVID-19, go to https://www.nychealthandhospitals.org/healthtips/what-you-need-to-know-about-the-coronavirus/

If you have a fever, cough, sore throat, or shortness of breath that is unrelated to an existing condition, or have questions about COVID-19 testing, please call 1-844-NYC-4NYC (1-844-692-4692).

**NYC HEALTH+HOSPITALS | MYCHART**

Our records indicate that you have an active MyChart account. Did you know that with MyChart, you can... Message your doctor... Request refills... See test results... See your visit summaries and upcoming appointments and much much more...

If you have questions, you can go to https://epicmychart.nychhc.org/help to contact our MyChart staff. Remember, for emergencies, always call 911 - do not use MyChart.

Instructions
Discharge Medications:

Continue with home medications:

**Follow Up Appointments:**
General Surgery Clinic
Monday, April 4 @ 12:30pm
North Central Bronx Hospital (NCB)
3rd Floor, 3C
3424 Kossuth Ave, Bronx, NY 10467
(718) 519-3928

Nephrology Clinic
Monday, April 18 @ 2:20pm
North Central Bronx Hospital (NCB)
3rd Floor, 3D
3424 Kossuth Ave, Bronx, NY 10467

Primary Care
Monday, May 16 @ 1:40pm
North Central Bronx Hospital (NCB)
3rd Floor, 3A
3424 Kossuth Ave, Bronx, NY 10467

\*\*Please make an appointment with your primary care provider within the next 2 weeks to discuss your admission and go over your diabetes management. Provide them with a log of your blood sugars and blood pressure over a week's time.\*\*

**Wound Care**
Apply dry gauze over open incision of left foot. Wrap foot with Kerlix up to ankle and secure. Wrap with ace bandage.

**VNS Instructions**
Apply dry gauze over open incision of left foot. Wrap foot with Kerlix up to ankle and secure. Wrap with ace bandage.

**Activities**
-You may shower/bathe and use a mild soap to gently cleanse the area but do not soak or scrub your foot
-You may ambulate as tolerated, bearing weight on your heel.

## Instructions (continued)

**Diet**

May resume regular diet. Drink plenty of water to stay hydrated - 8 to 12 cups a day. Take stool softeners as needed to prevent constipation.

NOTIFY YOUR PHYSICIAN AND REPORT TO EMERGENCY DEPARTMENT IF YOU NOTICE ANY OF THE FOLLOWING:
- Temperature greater than 101 degrees
- Nausea, vomiting, or abdominal distention
- Unusual or excessive pain unrelieved by pain medication.
- If wound becomes malodorous or draining pus.
- Chest pain or shortness of breath

# Patient/Representative After Visit Summary Acknowledgement

- By signing this document I acknowledge receipt of all pages of the After Visit Summary. I also understand the information provided in these discharge instructions, including follow-up information, should be followed in order to ensure proper ongoing treatment of my diagnosis(es).

- A member of my treatment team has reviewed the discharge instructions provided to me and has answered any questions I may have had regarding these instructions.

_____
Patient/Representative Signature

_____
Relationship to Patient

_____        _____
Date                                                Time

_____
Witness

_____        _____
Date                                                Time

Thank you for being a patient at NORTH CENTRAL BRONX 15B ICU FLEX today. If your prescription was sent to the internal hospital pharmacy, please keep this paper for your records and provide to the pharmacist when you arrive. Thank you again!

**Patient EMPI: 33639687 - For Internal Pharmacy Use Only**


33639687


1033639687

**Insaf Ali**
CSN: 87978428
DOB: 1/22/1961 (61 yrs)
male
MRN: 613866
Adm Date: 3/23/2022

