

## GUYANA INDEPENDENCE CELEBRATION COMMITTEE (NEW YORK)
3402 Farragut Road. Brooklyn NY 11210. Tel: 929-263-2556. Email: info@celebrateguyanainnyc.com.
ww.celebrateguyanainnyc.com

*Celebrate Guyana To The World!*

January 12, 2023

The Honorable Kargo K. Brodie
Untied State District Judge
Eastern District of New York
District Court House
225 Cadman Plaza East
Brooklyn NY 11201

Dear Judge Brodie:

Re:   United States v. Insaf Ali
22Cr.280 (MKB)        :

The Guyana Independence Celebration Committee New York (GICCNY) writes to you on behalf of Mr. Insaf Ali, in connection with the above referenced matter which is subjudice before Your Honor.

GICCNY is the largest Guyanese-American organization in North America and promotes the celebration of the Guyanese culture through independence commemorations in the United States.

GICCNY has had the privilege of a friendly and productive relationship with Mr. Ali for almost ten years. During this time he not only helped to facilitate our engagements in community service, but also give tremendously as a benefactor to ensuring the success of programs that promote the perpetuation of Guyanese and Caribbean cultural heritage. He has also helped sponsor our programs to assist Guyanese and Caribbean immigrants to assimilate in the US as new Americans. Were it not for his generous commitment of resources to the causes we care deeply about, our activities would not have been so significantly successful and impactful.

Mr. Ali has contributed to organization's efforts to advance and protect immigrants' rights, preserve our Guyanese and Caribbean culture, as well as uplift and educate our young people. His benefactorship has also enable our advocacy for social justice, human and civil rights among many others objectives.

Mr. Ali's community participation in the area of charitable giving and charitable work has been significant. The work he does through his religious organization and charitable foundation has improved the lives and well-being of thousands of less fortunate citizens in our communities.

Mr. Ali's life's story is an embodiment of an immigrant who came to America, from Guyana, and worked hard to achieve the American Dream. His arduous, tireless work paid off. He built a Cooling and Heating company that exceeded expectations. He developed his business into one of the largest such companies in the New York area, where he employs dozens of individuals from the community. These employees all chip in and work hard to ensure his company is successful, because their lives and existence, as well as that of their families, depend on it.

GICCNY has known Mr. Ali to be a person of good character who is always humble, polite, respectful, dependable and ready to be of service to our community whenever asked. So many in our community; including the underprivileged and less fortunate, have benefited from his kindness of heart. Our Guyanese and Caribbean culture is richer and distinctly recognized and celebrated in America because of his contributions to its enhancement and advancement. Our immigrants populations' experience has been enriched, their integration to the American society smooth and they were able to be educated about benefits and services available to them, because of Mr. Ali contribution to these causes unhesitatingly. This is because he believes in giving back generously to the community to which he belongs.

GICCNY is aware that the Court takes the issue of sentencing extremely seriously, and that Your Honor also believes in fairness. We thank you in advance for your consideration of our testimonial of Mr. Ali, who is a good man; his mistakes notwithstanding. We are pleased to inform Your Honor that we believe, from our experience, that Mr. Ali has been a true friend to our organization and community, and that he is in our view genuine, honest and compassionate. He is a tremendous asset to our various communities. He is a man who honors his word! He has never failed us. We can always count on him to deliver on commitments.

All of us as human beings are fallible. However, Mr. Ali's mistake, as delineated in the people's case, is not a representation of who he is as a person, how he has served our community, and how he has lived his life. His lack of prior history with any breaches of the law is a testament to his true character and temperament.

GICCNY therefore feels compelled to petition Your Honor to be merciful, compassionate, lenient, and fair in the imposition of a sentence in this matter. We pray that Your Honor's disposition of this matter will be such that allows Mr. Ali to atone for, and move past, his mistakes that occasioned this matter before you, and permits him to without interruption, continue to serve the community and improve the lives of those whom his service impacts.

Respectfully Yours,

*[signature]*

Richard Millington
Executive Secretary
Guyana Independence Celebration Committee New York (GICCNY)

Amar ALI
12 plum st
Plant city fl 33563

The Honorable Margo k. Brodie
United State District Judge
United State Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

: United State V Insaf Ali

This letter is about my dad Insaf Ali, I would like to say to the Honorable Judge Margo Brodie, my dad is a good man. Since I new my dad he was always there for me and others, I always here people talk good things about him, my dad was always there for me in any situation. What ever I ask for he never say no. in his life he don't know how to say no to any one, he always say how can help u or what can I do to help u ,he help in the community and other community, he help in masjid temple or church , any one call on him for help he there to help, if any one ask him for any thing he give them , if he has the last dollar he would give to u if u ask him, my dad is a good man. I asways say I would lik to be recognize like him one day . I love my dad for every thing he do for me and other. no one cant say bad things about him antone ask my dad Mr insaf ali for help he always there with open hands, my daad is a role modle for me and others in masjid and other tample.he highly respect any way he go people always talk good things about him.





# MASJID AR-RAHMAN

الرَّحمن

98-10 211th St, Queens Village, NY 11429    Tel: (718) 740-5025

June 21, 2022

To whom it may Concern

This is to certify that Insaf Ali is an active member of the above named Masjid / Social service organization. He is personally known to me over the last 25 years.

He is a very decent, upright and honest individual.

He attends prayer meetings regularly, and participates in our social programs: food distribution, clothing drive, and care for the elderly.

He is an asset to our organization in helping us to execute our social / religious programs. He spends a lot of time at the Mosque in order to effectively participate in the programs and contribute financially.

As a contractor during the construction of our Mosque he was helpful in installing our heating / cooling and plumbing system.

We humbly ask that whatever consideration / courtesy Mr. Ali seeks that it be granted to him as he is truly an asset to our Community.

Respectfully

Mohamed Mustafa.

President / Marriage Officer State of NY License #1251374.

NYS Chaplain

Clergy Liaison 105 Precinct





بِسْمِ اللهِ الرَّحْمٰنِ الرَّحِيْمِ

**ISLAMIC SUNNATUL JAMA'A**
**MOUNT HOPE MASJID**

24 Mount Hope Place
Bronx, New York 10453

Phone: (718) 731-2800
Fax: (718) 731-2800
Website: www.mounthopemasjid.org

August 05, 2022

Re: Letter of Reference

To Whom It May Concern:

    My name is Amir Abdullah Cromwell and I am the administrator for the above named religious organization since 2001.
    Mr. Insaf Ali has been a founder member of this organization and has contributed financially and manually towards the growth and success of this movement. His late father Mr. Shameen Ali was our Imam and founder member since 1985, he passed away in 2019.
    I have known Mr. Insaf Ali and his entire family over the last 30 years and I can honestly say I have found him to be an honest, good and generous gentleman. He attends prayer meetings frequently at the Mosque and is very involved in our religious/social programs. As a contractor he lends of his time and expertise in maintaining the building on a voluntary basis. This is a very huge and important service that he is providing for which we are extremely grateful.
    As the administrator I rely heavily on Mr. Ali for his help and advice towards running the organization. I have found Mr. Ali to be dependable, reliable and I profit from his vast experience.
    I highly recommend Mr. Insaf Ali for whatever assistance he now seeks, feeling confident that he will continue to be of high moral character.

I can be reached at: **516-779-2706**

Respectfully,

*[signature]*

Amir of the Mosque Abdullah Cromwell

In the Name of Allah Most Gracious Most Merciful

# MASJID AL-ABIDIN



104 - 14 127TH STREET, RICHMOND HILL NY 11419   TEL (718) 848 - 8759   FAX (718) 848 - 3116

**President:** Aziz Madeen **Vice-President:** Mohamed S. Khan **Secretary:** Mahamed Fazal Hanif

**Asst. Secretary:** Sheik Rahman **Asst. Treasurer:** Nadir Badrudeen

**Committee Members:** Mohamed Husain, Mohamed S. Zamrudeen, Muntaz Badrudeen, Roshan Badrudeen

GCIM

**IMAM**

Shaykh Safraz Bacchus

(718) 974 - 4968

**DEPUTY IMAM**

Reyaz Ali

**TRUSTEES**

Reeshad Baksh

Syad Hydarali

Hashim Khan

Date: 01/14/2023

The Honorable Margo K. Brodie
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **United States v Insaf Ali**
**22 Cr. 280 (MKB)**

Dear Judge Brodie:

I, Imam Safraz Bacchus, am writing this letter of reference for Insaf Ali, whom I had the pleasure of knowing as a religious and spiritual leader for more than ten years.

During this time, Mr. Ali showed many traits that made him a valuable member of our society. He is also courteous, diligent, and always prepared to lend a hand when necessary, as I have seen. He is also a gracious, sensible, and enthusiastic individual. It is important to remember that Mr. Ali hails from a reputable and honorable family within the Muslim communities in New York. We also know him to be a person of integrity, truthful, and compassion who is kind and sympathetic.

In case you need any further information, please, do not hesitate to contact me at 7189744968 or via email @ imamsafraz@gamil.com
Yours truly,

01/14/2023

Imam Safraz Bacchus

Scanned by TapScanner

6-8-2022

TO WHO IT MAY CONCORN

I ALEXIS RICKENBACKER. AM WRITING THIS LETTER OF RECOMMENDATION FOR MR. INSAF ALI. I HAVE KNOW MR ALI SINCE I WAS A CHILD I AM NOW TURNING 32 I WANT TO SAY WHAT KIND OF A PERSON HE IS. EVER SINCE IVE KNOW MR ALI HE HAS ALWAYS BEAN THERE WHENEVER I NEEDED ANYTHING WEATHER IT WAS A PERSON TO TALK TO OR IF I NEEDED ADVICE HE HELP WITH SCHOOL OR EVEN TO BYE ME THINGS FROM THE STOOR HE HAS ALWAYS BEEN THERE. HE IS A FAMILY ORENATED MAN AND ONE OF THE BEST PEOPLE I KNOW

ALEXIS RICKENBACKER.

6-8-2022

TO WHO IT MAY CONCORN,

MY NAME IS SASHA CANTRES IVE K NOW MR. INSAF ALI FOR 16 YEARS HE IS A FAMILY FRIEND AND ALWAYS SHOWN TO BE AN HONEST AND RESPECTFUL.

I ALSO KNOW PLENTY OF TIME WHERE HE'S GONE OUT OF HIS WAY TO HELP OTHERS EVEN IF HE HAD NO RELATION TO THEM. I DON'T BELIEVE HE SHOULD BE VIEWED AS A THREAT OF ANY SORT. HE LOVE TO HELP OTHER WHEN THE IN NEED OF SOME THING OR WHAT EVER HE CAN.

SASHA CANTRES

06/19/22

I whom it may concern,
My name is AMANDA MOHAMMED, I've known Mr.Insaf Ali for 30 years and more . He is a friend and a father .He is a good man. He has always shown respect to others ,always helping others, always doing work for the community and always helping others when the need of something to be done.  He is an   honest  man and respectful man. I also know hime helping with sports for the teen also donating  supplies to other cricket teams he does work for the poor.it dozen matter who  it is or  where u from if u ask . For his help his  words are yes .Time where he's gone out of his way to help others even if he had no relation to them. He does a lot of good for his community and other communities.  and other sports he always likes to donate to others.
Thank you.


AMANDA  MOHAMMED

**To whom it may concern**

I'm writing in reference to Insaf Ali. A person I have known for the pass 20 years and I have always known him to be an ambitious and highly motivated person.

Insaf Ali is also known as a cheerful and helpful person. He also play a part of helping the needy in Guyana, Georgetown in any way he could feeding the orphanages ,contributes to poor and other social events

I can confirm in all the time I have known him He has been a reliable, trustworthy and descent person.

Your's Sincerely
Lizzy Saffie